# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GERALD TAYLOR

NO.  2021 CW 1232

VERSUS

LTAC HOSPITAL OF FELICIANA,
LLC D/B/A AMG SPECIALTY
HOSPITAL

**MARCH 4, 2022**

---

In Re:    LTAC Hospital of Feliciana, LLC D/B/A AMG Specialty Hospital, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 698791.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED.** The judgment of the district court dated September 20, 2021, denying the motion for summary judgment filed by defendant, LTAC Hospital of Feliciana, LLC D/B/A AMG Specialty Hospital, is reversed. As to his medical malpractice claims, the plaintiff, Gerald Taylor, failed to produce factual support sufficient to establish the existence of a genuine issue of material fact as to a causal link between the defendant's alleged negligent action and the plaintiff's injury, which is a necessary element of his claim. See La. R.S. 9:2794(A); **Samaha v. Rau**, 2007-1726 (La. 2/26/08), 977 So.2d 880, 883-4. Further, regarding the plaintiff's negligent infliction of emotional distress claims, he failed to produce factual support sufficient to establish a genuine issue of material fact regarding the emotional severity of his damages, which is an essential element of his claim. See **Moresi v. State Through Department of Wildlife and Fisheries**, 567 So.2d 1081, 1095 (La. 1990). Therefore, the motion for summary judgment filed by the defendant is granted, and the plaintiff's claims are dismissed.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT